[No. 6113-2-III. Division Three. July 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS ALLEN ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83-8-00616-4, Stephen M. Brown, J. Pro

Tem., entered September 13, 1983. *Affirmed in part* and *remanded* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.